# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEIFUDDIN MU'MIN,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-CV-0718** |
| : | |
| **GEORGE MORSE,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 28th day of February, 2019, upon consideration of *pro se* Plaintiff Seifuddin Mu'min's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and for failure to comply with Rule 8 of the Federal Rules of Civil Procedure, for the reasons set forth in the Court's Memorandum.

4. Mr. Mu'min may file an amended complaint within thirty (30) days of the date of this Order in the event that he can cure the defects identified in his initial Complaint. Any amended complaint must identify the defendants in the caption in addition to the body and shall state the basis for Mr. Mu'min's claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to furnish Mr. Mu'min with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the

above-captioned civil action number. Mr. Mu'min may use this form to file his amended complaint.

6. If Mr. Mu'min fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

**/s/ Gene E.K. Pratter**
**GENE E.K. PRATTER, J.**