IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SEIFUDDIN MU'MIN,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-0718** |
| | : | |
| **GEORGE MORSE,** *et al.*, | : | |
|     **Defendants.** | : | |

# ORDER

AND NOW, this 3rd day of April, 2019, upon consideration of *pro se* Plaintiff Seifuddin Mu'min's Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as to Defendants City of Philadelphia, Sheriff Jewell Williams, Inoa Paulino, LLC, and Richard J. Aherne for the reasons set forth in the Court's Memorandum of this date. The Complaint is **DISMISSED without prejudice** as to Defendant Deputy Sheriff George Morse.

2. Mr. Mu'min is given leave to file a second amended complaint against Defendant Deputy Sheriff George Morse within thirty (30) days of the date of this Order in the event that he can cure the defects in his Amended Complaint as identified in the Court's Memorandum. Any second amended complaint must state the basis for Mr. Mu'min's claims against Defendant Deputy Sheriff George Morse. Upon the filing of a second amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

3. The Clerk of Court is **DIRECTED** to furnish Mr. Mu'min with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the

above-captioned civil action number. Mr. Mu'min may use this form to file his second amended complaint.

4. If Mr. Mu'min fails to file a second amended complaint within thirty (30) days, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**


**s/ Gene E. K. Pratter**
**GENE E.K. PRATTER, J.**