IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEIFUDDIN MU'MIN, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEORGE MORSE *et al.*, | : | No. 19-718 |
| *Defendants* | : | |

### ORDER

AND NOW, this 8th day of June, 2020, upon consideration of Defendant Deputy Sheriff George Morse's Motion to Dismiss (Doc. No. 13), *pro se* Plaintiff Seifuddin Mu'Min's Affidavit (Doc. No. 16), and Mr. Mu'Min's Addendum (Doc. No. 17), it is **ORDERED** that:

1. The Motion to Dismiss (Doc. No. 13) is **GRANTED** for the reasons set forth in the accompanying Memorandum;

2. The Second Amended Complaint (Doc. No. 10) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE